IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:15-CV-00534 RJC DSC

| | |
|---|---|
| MCI CIF, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SOPREMA, INC.,<br><br>    Defendant. | **ORDER** |

**UPON MOTION** by counsel for the parties above-named, and having conferred with the chambers of the Honorable Robert J. Conrad, Jr., the Court hereby amends the Pretrial Order and Case Management Plan entered in this matter on March 21, 2016 as follows:

 1. **MEDIATION:** Mediation in this matter shall be completed on or before March 7, 2017.

 2. **DISPOSITIVE MOTIONS DEADLINE:** All motions except motions in limine and motions to continue shall be filed no later than March 27, 2017. Parties may not extend this deadline by agreement.

 3. **TRIAL SETTING**: Trial is continued to July 10, 2017.

All remaining provisions of this Court's Order dated March 21, 2016 shall remain in effect.

**SO ORDERED**.

      Signed: January 23, 2017

      _____
      David S. Cayer
      United States Magistrate Judge

9391099v1 17565.00027